

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| STEVEN EARL RICHMOND,<br>　　　　Plaintiff,<br><br>vs.<br><br>CHARLES B. SIMMONS, JR., d/b/a<br>Greenville County Master in Equity;<br>HARRIET WALLACE, d/b/a Roger<br>Townsend & Thomas Attorney at Law;<br>ROBERT R. HILL, JR., d/b/a CEO South<br>State Bank; STATE OF SOUTH CAROLINA,<br>Rule 53 Masters and Special Referees and Act<br>55 of 1999; ALLEN WILSON, in his capacity<br>d/b/a South Carolina Attorney General; and<br>JOHN DOE 1-100,<br>　　　　Defendants. | CIVIL ACTION NO. 6:16-00070-MGL |

ORDER ADOPTING THE REPORT AND RECOMMENDATION, SUMMARILY
DISMISSING THE CASE WITHOUT PREJUDICE AND WITHOUT SERVICE OF
PROCESS, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

This case was filed as a 28 U.S.C. § 1345 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Plaintiff's case be summarily dismissed without prejudice and without service of process and that Plaintiff's motion for a preliminary injunction be denied. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on January 12, 2016, and the Clerk of Court entered Plaintiff's objections to the Report on January 29, 2016. The Court has reviewed the objections, but finds them without merit. Therefore, it will enter judgment accordingly.

In Plaintiff's objections, he makes no specific objections to the Report. Instead, he generally reiterates claims that the Magistrate Judge has already considered and rejected. Because the Court agrees with the Magistrate Judge's treatment of those issues, it need not discuss them again here. Therefore, it will overrule Plaintiff's objections.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report, and incorporates it herein. Therefore, it is the judgment of this Court that Plaintiff's case is **SUMMARILY DISMISSED WITHOUT PREJUDICE AND WITHOUT SERVICE OF PROCESS**.

Further, as recommended by the Magistrate Judge, it is the judgment of this Court that Plaintiff's motion for a preliminary injunction is **DENIED**.

**IT IS SO ORDERED**.

Signed this 1st day of February, 2016, in Columbia, South Carolina.

s/ Mary Geiger Lewis<br>
MARY GEIGER LEWIS<br>
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.